**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

| | |
|---|---|
| **DEXTER WILLIAMS** | **PETITIONER** |
| **V.** | **NO. 4:08CV144-A-S** |
| **ATTORNEY GENERAL JIM HOOD** | **RESPONDENT** |

### ORDER

In accordance with the memorandum opinion issued this day, Respondent's motion to dismiss (docket entry 12) is **GRANTED**. The instant petition is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

THIS the 13th day of April, 2009.

                                                                               /s/ Sharion Aycock
                                                                               **U. S. DISTRICT COURT JUDGE**