# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

**DEXTER WILLIAMS**                                                                       **PETITIONER**

**V.**                                           **NO. 4:08CV144-A-S**

**ATTORNEY GENERAL JIM HOOD**                                **RESPONDENT**

### ORDER

On April 13, 2009, this habeas corpus petition was dismissed after the court held that hit was barred by the statute of limitations. The Petitioner, thereafter, filed a motion for reconsideration of the dismissal.

As before, after reviewing the applicable law and the records in this matter, the court is unpersuaded that the previous ruling was incorrect in law or fact. The Petitioner has failed to produce a factual or legal basis to alter the court's prior decision. *Rose v. Dole*, 945 F.2d 1331, 1335 (6th Cir.1991) ("ignorance of the law alone is not sufficient to warrant equitable tolling."). Therefore, the motion for relief from judgement (docket entry 16) is DENIED.

**IT IS SO ORDERED.**

THIS the __16th__ day of November, 2009.

                                                                             /s/ Sharion Aycock
                                                                             **U.S. DISTRICT JUDGE**